**Wolters Kluwer**

CT Corporation
Service of Process Notification
11/16/2022
CT Log Number 542685050

## Service of Process Transmittal Summary

**TO:**  Kim Blankenship
BRANDSAFWAY
1325 Cobb International Dr NW Ste A1
Kennesaw, GA 30152-8243

**RE:**  **Process Served in Illinois**

**FOR:**  Brandsafway LLC  (Domestic State: DE)

ENCLOSED ARE COPIES OF LEGAL PROCESS RECEIVED BY THE STATUTORY AGENT OF THE ABOVE COMPANY AS FOLLOWS:

| | |
|---|---|
| TITLE OF ACTION: | Re: FRED SKELTON // To: Brandsafway LLC |
| CASE #: | 2022LA001403 |
| NATURE OF ACTION: | Employee Litigation - Discrimination |
| PROCESS SERVED ON: | C T Corporation System, Chicago, IL |
| DATE/METHOD OF SERVICE: | By Process Server on 11/16/2022 at 10:26 |
| JURISDICTION SERVED: | Illinois |
| ACTION ITEMS: | CT will retain the current log |
| | Image SOP |
| | Email Notification,  Jennifer Boland  jboland3@brandsafway.com |
| | Email Notification,  Kelly Hofbauer  khofbauer@brandsafway.com |
| | Email Notification,  Kim Blankenship  kblankenship@brandsafway.com |
| | Email Notification,  Ryan Wiesner  rwiesner@brandsafway.com |
| | Email Notification,  Gareth Carline  gcarline@brandsafway.com |
| REGISTERED AGENT CONTACT: | C T Corporation System
208 South LaSalle Street
Suite 814
Chicago, IL 60604
800-448-5350
MajorAccountTeam1@wolterskluwer.com |

The information contained in this Transmittal is provided by CT for quick reference only. It does not constitute a legal opinion, and should not otherwise be relied on, as to the nature of action, the amount of damages, the answer date, or any other information contained in the included documents. The recipient(s) of this form is responsible for reviewing and interpreting the included documents and taking appropriate action, including consulting with its legal and other advisors as necessary. CT disclaims all liability for the information contained in this form, including for any omissions or inaccuracies that may be contained therein.

**Wolters Kluwer**

# PROCESS SERVER DELIVERY DETAILS

**Date:** Wed, Nov 16, 2022
**Server Name:** Andrew Raphael

| Entity Served | BRANDSAFWAY LLC |
|---|---|
| Case Number | 2022LA001403 |
| Jurisdiction | IL |

| Inserts |
|---|
| |



\# 215649

**STATE OF ILLINOIS**
**THIRD JUDICIAL CIRCUIT**
**COUNTY OF MADISON**

2022LA001403

FRED SKELTON, )
)
    Plaintiff, )
)
v. ) Case No. 22-
)
BRANDSAFWAY, LLC, f/k/a SAFWAY )
SERVICES, LLC, )
)
    Defendant. )

## SUMMONS

To:    Brandsafway, LLC f/k/a Safway Services, LLC

    You are hereby summoned and required to file an answer in this case, or otherwise file your appearance, in the office of the Madison Circuit Clerk, within thirty (30) days after service of this summons, exclusive of the day of service. If you fail to do so, a judgment or decree by default may be taken against you for the relief prayed in the complaint.

    This summons must be returned by the officer or other person to whom it was given for service, with endorsement thereon of service and fees, if any, immediately after service. If service cannot be made, this summons shall be returned so endorsed.

This summons may not be served later than 30 days after its date. 11/7/2022
/s/ Thomas McRae

CLERK OF THE CIRCUIT COURT

BY:   /s/ Terianne Edwards
       _____
       Deputy Clerk

WITNESS,

Clerk of Court

Date of Service: _____, 20____.

(To be inserted by officer on copy left with Defendant or other person)

TO THE OFFICER/SPECIAL PROCESS SERVER: This summons must be returned by the officer or other person to whom it was given for service, with endorsement or affidavit of service and fees and mileage fees, if any, immediately after service. If service cannot be made, this summons shall be returned so endorsed.

I certify that I served this summons on defendant as follows:

(A) Individual defendant - personal

By leaving a copy and a copy of the Order and Complaint with each individual respondent in discovery personally, as follows:

Name of defendant                Date of service


(B) Individual defendant - abode

By leaving a copy and a copy of the complaint at the usual place of abode of each individual defendant with a person of his/her family, of the age of 13 years or upwards, informing that person of the contents of the summons, and also by sending a copy of the summons and a copy of the complaint in his/her usual place of abode, as follows:

Name of Defendant        Person whom left with        Date of service/mailing


(C) Corporation defendant:

By leaving a copy and a copy of the complaint with registered agent, officer of agent, corporation, as follows:

Defendant Corporation        Registered Agent/        Date of service
                             Office of Agent


(D) Other service

***EFILED***
Case Number 2022LA001403
Date: 11/7/2022 10:57 AM
Thomas McRae
Clerk of Circuit Court
Third Judicial Circuit, Madison County Illinois

STATE OF ILLINOIS
THIRD JUDICIAL CIRCUIT
COUNTY OF MADISON

FRED SKELTON, )  2022LA001403
)
   Plaintiff, )
)
v. ) Case No. 22
)
BRANDSAFWAY, LLC, f/k/a SAFWAY )
SERVICES, LLC, )
)
   Defendant. )

## PETITION

COMES NOW plaintiff, Fred Skelton, by and through his attorneys, Keith Short and Associates, P.C., and for his causes of action against defendant, Brandsafway Services, LLC, states as follows:

### RETALIATORY DISCHARGE

1. That at all times relevant, defendant, Brandsafway Services, LLC, is a foreign corporation with its principal place of business in Waukesha, Wisconsin.

2. Plaintiff, Fred Skelton, was hired in October of 2017 by Safway Services, LLC, at the Wood River Refinery located in the City of Roxana, County of Madison, State of Illinois.

3. That on or about May 1, 2019, plaintiff, Fred Skelton, was employed by defendant, Brandsafway Services, LLC, when he sustained injuries while performing his job duties.

4. Plaintiff notified his employer of a work-related injury and exercised his rights under the Illinois Workers' Compensation Act for his injuries. Plaintiff was told to take a voluntary lay off.

5. After treatment was complete and plaintiff was released on or about August 21, 2021 to return to work, he was directed to complete the back ground check, drug test and recertification.

6. After completion of the requirements, on or about December 21, 2022, plaintiff was never called to return to work and therefore believed to be discharged from his employment with defendant, Brandsafway Services, LLC

7. That defendant provided no legitimate basis for discharging plaintiff from his employment.

8. That plaintiff's discharge was in retaliation for filing a Workers' Compensation Act claim.

9. That defendant's discharge of plaintiff is in violation of the Illinois Workers' Compensation Act, 820 ILCS 305-4(H).

10. That as a direct and proximate result of said retaliatory discharge, plaintiff has been damaged in the following ways:

(a) Loss of wages, benefits, raises and promotions;

(b) Costs associated with securing subsequent employment; and

(c) Humiliation and mental anguish.

WHEREFORE plaintiff prays that this court award him an amount in excess of FIFTY THOUSAND DOLLARS ($50,000.00) but less than SEVENTY-FIVE THOUSAND DOLLARS ($75,000.00) against defendant, Brandsafway Services, LLC , costs of litigation; and for such other relief as this Court may deem just and proper.

Respectfully Submitted,

BY: /s/Keith Short
Keith Short    #6210044
Keith Short and Associates, P.C.
325 Market Street
Alton, IL  62002
(618) 254-0055
(618) 254-1272    (fax)
keith@siltrial.com