IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| FRED SKELTON, </br></br> Plaintiff, </br></br> v. </br></br> BRANDSAFWAY, LLC, f/k/a SAFWAY SERVICES, LLC, </br></br> Defendant. | Case No. 3:22-cv-02958-DWD </br> Judge: Honorable David W. Dugan |

## FIRST AMENDED PETITION

COMES NOW plaintiff, Fred Skelton, by and through his attorneys, Keith Short and Associates, P.C., and for his causes of action against defendant, Brandsafway Services, LLC, states as follows:

### RETALIATORY DISCHARGE

1. That at all times relevant, defendant, Brandsafway Services, LLC, is a foreign corporation with its principal place of business in Waukesha, Wisconsin.

2. Plaintiff, Fred Skelton, was hired in October of 2017 by Safway Services, LLC, at the Wood River Refinery located in the City of Roxana, County of Madison, State of Illinois.

3. That on or about May 1, 2019, plaintiff, Fred Skelton, was employed by defendant, Brandsafway Services, LLC, when he sustained injuries while performing his job duties.

4. Plaintiff notified his employer of a work-related injury and exercised his rights under the Illinois Workers' Compensation Act for his injuries. Plaintiff was told to take a voluntary lay off.

5. After treatment was complete and plaintiff was released on or about August 21, 2021, to return to work, he was directed to complete the back ground check, drug test and recertification.

6. After completion of the requirements, on or about December 21, 2021, plaintiff was never called to return to work and therefore believed to be discharged from his employment with defendant, Brandsafway Services, LLC

7. That defendant provided no legitimate basis for discharging plaintiff from his employment.

8. That plaintiff's discharge was in retaliation for filing a Workers' Compensation Act claim.

9. That defendant's discharge of plaintiff is in violation of the Illinois Workers' Compensation Act, 820 ILCS 305-4(H).

10. That as a direct and proximate result of said retaliatory discharge, plaintiff has been damaged in the following ways:

(a) Loss of wages, benefits, raises and promotions;

(b) Costs associated with securing subsequent employment; and

(c) Humiliation and mental anguish.

WHEREFORE plaintiff prays that this court award him an amount in excess of SEVENTY-FIVE THOUSAND DOLLARS ($75,000.00) against defendant, Brandsafway Services, LLC , costs of litigation; and for such other relief as this Court may deem just and proper.

Respectfully Submitted,

BY: /s/Keith Short
Keith Short         #6210044
Keith Short and Associates, P.C.
325 Market Street
Alton, IL 62002
(618) 254-0055
(618) 254-1272     (fax)
keith@siltrial.com

## PROOF OF SERVICE

The undersigned certifies that a copy of the foregoing instrument was electronically served, upon the attorneys of record of all parties, on the 22nd day of March 2023.

Kyle Petersen
Julia M. Keenan
Seyfarth Shaw LLP
233 S. Wacker Drive
Suite 8000
Chicago, IL 60606-6448
kpetersen@seyfarth.com
jkeenan@seyfarth.com

/s/ Shana M Lewis