# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| **FRED SKELTON,** | Case No. 3:22-cv-02958-DWD |
| Plaintiff, | Judge: Honorable David W. Dugan |
| vs. | |
| **BRANDSAFWAY, LLC F/K/A SAFWAY SERVICES, LLC,** | |
| Defendant. | |

## STIPULATION SELECTING MEDIATOR

IT IS HEREBY STIPULATED AND AGREED that Stephen Williams has been selected, contacted and has agreed to serve as Mediator for this action. The Mediator's contact information is as follows:

**Address**
Kuehn, Beasley & Young, P.C., 23 S. 1st St., Belleville, IL 62202
**Phone Number**
(618) 277-2760
**Email**
swilliams@kuehnlawfirm.com

IT IS FURTHER STIPULATED AND AGREED that counsel will participate in the mediation proceedings in good faith. The parties conferred with the Mediator and have scheduled the Mandatory Mediation Session for April 24, 2023 and will confer regarding additional mediation sessions (if any), bearing in mind the deadlines for completion of the Mandatory Mediation Session and all Mandatory Mediation Proceedings set forth in the Court's Scheduling Order.

DATED:  March 28, 2023

/s/ Keith Short (with consent)
Attorney(s) for Plaintiff(s)

/s/Kyle A. Petersen
Attorney(s) for Defendant(s)

## **CERTIFICATE OF SERVICE**

    The undersigned certifies that on March 28, 2023, the foregoing document was served via ECF notification to:

Keith Short
Keith Short and Associates, P.C.
325 Market Street
Alton, IL 62002
keith@siltrial.com
Attorney for Plaintiff


*/s/Kyle Petersen*
Attorney for Defendant