IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| FRED SKELTON, | ) |
| Plaintiff, | ) ) ) |
| v. | ) Case No. 3:22-cv-02958-DWD ) Judge: Honorable David W. Dugan |
| BRANDSAFWAY, LLC, f/k/a SAFWAY SERVICES, LLC, | ) ) ) |
| Defendant. | ) ) |

## PLAINTIFF'S RESPONSE TO DEFENDANT'S AFFIRMATIVE DEFENSES CONTAINED WITHIN DEFNEDANT'S ANSWER TO PLAINTIFF'S FIRST AMENDED PETITION

NOW COMES plaintiff, Fred Skelton, by and through his attorneys, Keith Short and Associates, P.C., and denies each and every allegation contained in defendant, Brandsafway, LLC's, Affirmative Defenses and demands strict proof thereof.

WHEREFORE plaintiff moves that defendant's Affirmative Defenses be stricken and/or denied.

Respectfully Submitted,

BY:   /s/Keith Short
Keith Short         #6210044
Keith Short and Associates, P.C.
325 Market Street
Alton, IL 62002
(618) 254-0055
(618) 254-1272   (fax)
keith@siltrial.com

## PROOF OF SERVICE

The undersigned certifies that a copy of the foregoing instrument was electronically served, upon the attorneys of record of all parties, on the 11th day of April 2023.

Kyle Petersen
Julia M. Keenan
Seyfarth Shaw LLP
233 S. Wacker Drive
Suite 8000
Chicago, IL  60606-6448
kpetersen@seyfarth.com
jkeenan@seyfarth.com

/s/ Shanam Lewis