IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| FRED SKELTON, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No. 3:22-cv-02958-DWD |
| | ) Judge: Honorable David W. Dugan |
| BRANDSAFWAY, LLC, f/k/a SAFWAY SERVICES, LLC, | ) |
| | ) |
| Defendant. | ) |

## JOINT STIPULATION FOR DISMISSAL

NOW COMES both parties, by and through their respective counsel, and hereby states that the above referenced matter has been settled and requests that plaintiff's claim against defendant be dismissed with prejudice. Each party to bear their own costs.

BY:  /s/Keith Short
Keith Short          #6210044
Keith Short and Associates, P.C.
325 Market Street
Alton, IL  62002
(618) 254-0055
(618) 254-1272      (fax)
keith@siltrial.com

BY: /s/Kyle Petersen
Kyle Petersen, Bar No. 6275689
Julia M. Keenan, Bar No. 6336156
SEYFARTH SHAW LLP
233 South Wacker Drive
Suite 8000
Chicago, Illinois 60606-6448
Telephone: (312) 460-5000
Facsimile: (312) 460-7000
kpetersen@seyfarth.com
jkeenan@seyfarth.com

## PROOF OF SERVICE

    The undersigned certifies that a copy of the foregoing instrument was electronically served, upon the attorneys of record of all parties, on the 19th day of May 2023.

                                           /s/Shana M. Lewis_____